# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2025

### NO. 03-23-00085-CV

**Stephen Sakonchick, II, Appellant**

**v.**

**Overlook at Rob Roy Owner, LLC, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on November 11, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.